**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHERRI L. SWANSON** | **CIVIL ACTION NO. 2:23-CV-1950** |
| **VERSUS** | **SECTION: G MAG: 5** |
| **PEOPLEREADY, INC.** | **CHIEF JUDGE BROWN** |
| | **CHIEF MAG. NORTH** |

**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, SHERRI L. SWANSON, appearing herein through undersigned counsel, who with respect desires to supplement and amend the original pleadings filed herein, to-wit:

**I.**

Plaintiff desires to supplement and amend her original Petition for Damages and to amend as follows:

**II.**

In her initial Petition for Damages, Plaintiff alleged that she was the owner and Lessor of the Property located at 51 Westbank Expressway, Gretna, LA 70053; however, at all times relevant, the owner and Lessor of said immovable property was LRR HOLDINGS, LLC.

**III.**

Further, at all times relevant, SHERRI L. SWANSON, was the sole Member for LRR HOLDINGS, LLC.

**IV.**

Accordingly, Mover herein Plaintiff, SHERRI L. SWANSON desires to supplement and

amend all pleadings filed herein to reflect the correct owner and Plaintiff, as LRR HOLDINGS, LLC.

**V.**

Plaintiff renews and reiterates all of the allegations (as amended and supplemented herein), and all of the prayers, of Plaintiff's original petition.

WHEREFORE, Plaintiff, SHERRI L. SWANSON for and on behalf of Plaintiff, LRR HOLDINGS, LLC, prays that Defendant, PEOPLEREADY, INC. be served with a copy of this Supplemental and Amending Complaint, and cited to appear and answer same, and that after all legal delays have elapsed and due proceedings had, there be a judgment rendered herein in favor of the Plaintiff and against Defendant for damages set forth in the original Petition for Damages and this Supplemental and Amending Complaint, with interest from date of judicial demand and for all costs incurred, and all such other and further relief, to which the petition may be entitled.

**Respectfully submitted,**

*/s/ J. Douglas Sunseri*

**J. DOUGLAS SUNSERI (#19173)**
**CAMERON J. WINDHAM (#40548)**
**NICAUD & SUNSERI LAW RIRM, L.L.C.**
A Group of Professional Law Corporations
3000 18TH Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304
Facsimile: (504) 833-2843
Jdsunseri@nslawla.com
Cwindham@nslawla.com

Attorneys for Plaintiff, SHERRI L. SWANSON/
LRR HOLDINGS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of March, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

*/s/ J. Douglas Sunseri*

J. DOUGLAS SUNSERI